Haxx, Judge.
 

 I think the special verdict ought to have been set aside in the Superior Court, because the jury have not found all the facts arising on the issues submitted to them, nor have they found facts on which #ie Court can award judgment for either party, neither finding^f the jury or the judgment of the Court, show what disposition was made of the statute of limitations, which the Defendant pleaded. The act of 1820, (lieu, c. 1053) makes three years a bar to a judgment obtained before a Justice.
 

 A “
 
 venire facias de novo”
 
 should be awarded by the Superior Court, and the suit must be remanded for that purpose.
 

 Per Curiam. Judgment reversed and
 
 venire de novo
 
 ordered.